CLAYTON D. CAMPBELL
Campbell Whitten, PC
5401 Business Park South, Suite 201
Bakersfield, CA 93309
Telephone:  (661) 334-3000
Facsimile:   (661) 852-0760

Attorneys for Defendant
Brian Dunning

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>BRIAN DUNNING,<br><br>                    Defendant. | CASE NO.  5:26-PO-00016-CDB<br><br>STIPULATION AND ORDER TO VACATE FURTHER INITIAL APPEARANCE AND SET STATUS CONFERENCE<br><br>DATE: April 7, 2026<br>TIME: 10:00 AM<br>COURT: Hon. Christopher D. Baker |

**JOINT STIPULATION TO CONTINUE TRIAL SETTING**

Plaintiff United States of America, by and through its counsel of record, and defendant, represented by Attorney Clayton Campbell hereby stipulate as follows:

1.      By previous order, this matter was set for a further Initial Appearance before the Honorable Christopher D. Baker  on April 7, 2026.

2.      On March 3, 2026, Brian Dunning appeared before this Court for his initial appearance, at which time he requested time to hire an attorney.

3.      Mr. Dunning hired attorney Clayton Campbell, who filed Notice of Appearance on March 18, 2026.

4.      Counsel for the government and for the defendant have since met and conferred regarding the initial production of discovery and have engaged in preliminary discussions regarding case resolution.

5.      The parties need additional time to review discovery, discuss potential resolutions with

1

the Defendant and agents, and come to an agreement

6.    The parties anticipate reaching a resolution to the case prior to June 2, 2026.

7.    As a result, the parties request and jointly stipulate that the Further Initial Appearance currently set for April 7, 2026 be vacated and for a Status Conference be set for June 2, 2026.

8.    As this case involves a Class B misdemeanor, no waiver of time under the Speedy Trial Act is necessary.

IT IS SO STIPULATED.

///

///

Dated:  April 2, 2026

ERIC GRANT
United States Attorney


/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney


Dated:  April 2, 2026

/s/ CLAYTON CAMPBELL
CLAYTON CAMPBELL
Counsel for Defendant
BRIAN DUNNING


**ORDER ON STIPULATION**

Based upon the stipulation and representations of the parties, the Court orders the Further Initial Appearance set for April 7, 2026, is CONTINUED to June 2, 2026, at 10:00 am before the Honorable Christopher D. Baker in Bakersfield, CA.

IT IS SO ORDERED.

Dated:    **April 3, 2026**

_____
UNITED STATES MAGISTRATE JUDGE